MARY GORMAN, Respondent, v. LILLIAN LABELL and Another, Appellants, Impleaded with Others.

Hinman, J. (dissenting). I dissent and vote to reverse the order appointing the receiver on the ground that the action in partition must proceed under the laws of the State of New York, where the property is situated; that the motion papers show that the alleged death of intestate is predicated only on a presumption of death not available under the laws of this State; and that the action is prematurely brought and furnishes no warrant for the appointment of a receiver. (Civ. Prac. Act, § 974; 34 Cyc. 35; *People* v. *Mayor*, 19 How. Pr. 289, 306; *Hastings* v. *Tousey*, 121 App. Div. 815.) Rhodes, J., concurs.

GEORGE C. SUPPLEE and Another, Respondents, v. FRANK LEWIS and Others, Appellants.

Hill, J. (dissenting). I dissent and vote to disallow the item of $274.32 for changing grade of pipes made necessary by plaintiffs' act in fixing the elevation of the house, and the item of $440 for water-proofing cellar walls, this work not being mentioned in the contract, and the amount paid is not the proper measure of damages because of the claimed poor construction.